**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| MARIAM BAH, | ) |
| Petitioner, | ) )  Civil Action No. 26-cv-00508-LKG |
| v. | ) )  Dated: March 18, 2026 |
| KRISTI NOEM, *et al.*, | ) |
| Respondents. | ) |

## DISMISSAL ORDER

On February 6, 2026, the Petitioner filed a petition for a writ of habeas corpus. ECF No. 1. On March 9, 2026, the Petitioner filed a status report stating, among other things, that (1) the Petitioner had a bond hearing on March, 2026, pursuant to this Court's February 20, 2026, Order and (2) the Petitioner was denied bond. ECF No. 10.

In the Petitioner's status report, the Petitioner raises a challenge to the Immigration Judge's decision to deny bond because the Petitioner poses a flight-risk. *Id.* But, the Court incorporates by reference and joins the Judges within this District who have found that this Court lacks subject-matter jurisdiction under 8 U.S.C. § 1226(e) to review the merits of the Immigration Judge's denial of bond. *German Pinto-Nunez v. Pamela Bondi, et al.*, No. 26-397, 2026 WL 672770, at *2 (D. Md. Mar. 10, 2026); *Chavez de Vasquez v. Baker*, No. 25-3657, 2025 WL 3713773, at *1 (D. Md. Dec. 23, 2025); *Flores Hernandez v. Noem, et al.*, No. 26-423 (Feb. 24, 2026) (ECF No. 17); *Santos Garcia v. Baker, et al.*, No. 26-616 (D. Md. Mar. 9, 2026) (ECF No. 17).

There are no other outstanding issues regarding the petition that preclude dismissing this matter. And so, the Court:

    (1) **DISMISSES** this matter; and

    (2) **DIRECTS** the Clerk to **CLOSE** the case.

    **IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge
